**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Jay L. Lubetkin
jlubetkin@rltlawfirm.com
*Attorneys for Debtor, South & Headley Associates, Ltd.*

Order Filed on June 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

SOUTH & HEADLEY ASSOCIATES, LTD,

Debtor.

Chapter 11

**Case No. 20-15065 (VFP)**

## ORDER GRANTING STAY PENDING APPEAL AND FOR OTHER RELATED RELIEF

The relief set forth on the following pages, numbered two (2) through four (4), is hereby

**ORDERED**.

**DATED: June 3, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

(Page 2)

Debtor:              South & Headley Associates, Ltd.

Case No.:            20-15065 (VFP)

Caption of Order:    ORDER GRANTING STAY PENDING APPEAL AND FOR OTHER
                     RELATED RELIEF

---

**THIS MATTER** having been opened to the Court by Rabinowitz, Lubetkin & Tully, LLC, counsel for South & Headley Associates, Ltd., (the "Debtor"), upon the making of an oral motion at the conclusion of the hearing conducted by the Court on April 24, 2020 seeking the entry of a stay pending appeal of the Court's ruling to dismiss the Debtor's bankruptcy case and to grant relief from the automatic stay to South Street Morristown LLC, ("South Street"); and the Court having heard argument on April 24, 2020 in support of the Debtor's motion for a stay pending appeal, and opposition thereto by South Street; and the Court having indicated at that time its inclination to grant a stay pending appeal on certain terms, and having continued the hearing to provide the parties with an opportunity to come to an agreement respecting the Debtor's request; and a Notice of Appearance having been filed thereafter by Sills Cummis & Gross P.C. on behalf of South Street; and the parties having indicated that they were unable to reach agreement on such terms; and the Court having conducted a conference on April 28 2020 respecting Debtor's request for a stay pending appeal, which was participated in by both Walsh Pizzi O'Reilly Falanga LLP and Sills Cummis & Gross P.C. on behalf of South Street; and the Court having established a briefing schedule respecting the Debtor's motion for a stay pending appeal; and the Debtor having filed a brief in support of the entry of a stay pending appeal on May 8, 2020; and South Street having filed a brief and certification in opposition to the Debtor's request for a stay pending appeal on May 15, 2020; and the Debtor having filed a reply brief and certification on May 19, 2020; and South Street having filed a letter objection respecting the reply pleadings filed by Debtor, asserting that the reply pleadings filed by the Debtor were unauthorized; and the Court having heard oral argument on

Debtor:                  South & Headley Associates, Ltd.

Case No.:                20-15065 (VFP)

Caption of Order:        ORDER  GRANTING  STAY  PENDING  APPEAL  AND  FOR  OTHER
                         RELATED RELIEF

---

the Debtor's request for a stay pending appeal at the hearing held on May 19, 2020

(the "Hearing"); and for the reasons set forth on the record at the Hearing;

It is hereby:

**ORDERED** that the Court hereby grants a stay pending appeal of its Order dismissing

the Debtor's bankruptcy proceeding and, in the alternative, granting South Street relief from

the automatic stay, through July 31, 2020 on the terms set forth herein; and it is further

**ORDERED** that the stay pending appeal is expressly conditioned on Debtor continuing

to make monthly payments to South Street in the amount of $21,857.77, paying real estate taxes

respecting the Debtor's real property as such become due, maintaining insurance on the Debtor's

real property, and performing ordinary course maintenance respecting such property, and

otherwise in accordance with the terms of April 27, 2016 Order Confirming Second Modified

Plan of Reorganization As Modified Herein, Docket No. 284 in the Debtor's prior bankruptcy

case (Case No. 14-28225), as to the treatment of South Street, including (without limitation)

terms relating to defaults; and it is further

**ORDERED** that the Debtor is authorized to file a motion to extend the stay

pending appeal beyond July 31, 2020, which motion must be filed on or before July 24, 2020;

and it is further

(Page 4)

Debtor:                 South & Headley Associates, Ltd.

Case No.:               20-15065 (VFP)

Caption of Order:       ORDER GRANTING STAY PENDING APPEAL AND FOR OTHER
                        RELATED RELIEF

---

**ORDERED** that the Court hereby expressly reserves jurisdiction to consider the motion which may be filed by the Debtor to extend the stay pending appeal beyond July 31, 2020, and as to the interpretation and enforcement of this Order, notwithstanding the pendency of an appeal in the United States District Court for the District of New Jersey of this Court's Order dismissing the Debtor's bankruptcy proceeding and, in the alternative, granting South Street relief from the automatic stay ; and it is further

**ORDERED** that during the pendency of the stay pending appeal, the Debtor shall continue to comply with its obligations as a debtor-in-possession by, without limitation, filing its Schedules and Statement of Financial Affairs within two (2) weeks from the entry hereof, attending the meeting of creditors to be scheduled by the United States Trustee's Office, attending the initial debtor interview to be scheduled by the United States Trustee's Office, filing initial reporting requirements, filing Monthly Operating Reports, and otherwise complying with the administrative requirements of a debtor-in-possession; and it is further

**ORDERED** that in the event the contract purchaser for the Debtor's real property pays $100,000 to extend the closing date until January 28, 2020, such funds shall be held in escrow in the Rabinowitz, Lubetkin & Tully, LLC attorney trust account pending further Order of the Court.